IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-184 |
| | ) | Civil Action No. 03-1364 |
| ROXANNE RICK | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of Petitioner's Motion to Vacate Pursuant to 28 U.S.C. § 2255, and upon termination of Petitioner's remaining term of supervised release, it is hereby ORDERED, ADJUDGED AND DECREED that Petitioner's motion to vacate be and the same hereby is, dismissed as MOOT.

_____
William L. Standish
Senior United States District Judge