IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 00-184 |
| | ) |
| ROXANNE RICK, | ) |

O R D E R

AND NOW, this 29th day of November, 2005, defendant has filed a motion to terminate supervised release.

It is hereby ORDERED that the government file a response to the motion on or before December 14, 2005.

_____
for William L. Standish
United States District Judge

cc: Margaret Picking, Esquire
    Asst. U.S. Attorney
    400 USPO & Courthouse
    Pittsburgh, PA 15219

    Lisa B. Freeland, Esquire
    Federal Public Defender
    1450 Liberty Center
    1001 Liberty Avenue
    Pittsburgh, PA 15222

    U.S. Probation Office