IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) Criminal No. 00-184 |
| | ) Related to C.A. 03-1364 |
| ROXANNE RICK, | ) |

O R D E R

**IT IS HEREBY ORDERED** that a status conference shall be held regarding the above-captioned matter on March 3, 2006 at 8:00 a.m., in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

**SO ORDERED** this 15th day of February, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge
for
William L. Standish
United States District Judge

cc:   Laura Irwin, Esquire
      Asst. U.S. Attorney
      400 USPO & Courthouse
      Pittsburgh, PA 15219

      Lisa B. Freeland, Esquire
      Federal Public Defender
      1001 Liberty Avenue
      1450 Liberty Center
      Pittsburgh, PA 15222-3716

Roxanne Rick
P.O. Box 319
Webster, PA 15087