IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 00-184 |
| ) | |
| ROXANNE RICK ) | |

**MOTION TO POSTPONE STATUS CONFERENCE**

AND NOW, comes the United States of America, by and through, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Margaret E. Picking, Assistant United States Attorney for said district, and respectfully submits this motion for postponement of status conference, based upon the following:

1. The above-referenced Defendant, Roxanne Rick, is currently scheduled for a status conference before this Honorable Court at 8:00 a.m. on March 3, 2006, based on a Section 2255 Petition.

2. The undersigned attorney for the government is scheduled to attend a pre-paid government conference in Washington, D.C. from February 27, 2006 through March 3, 2006. The attorney for the government is available for this conference at any time up until Monday, February 27, 2006, when she is scheduled to depart for the conference.

3. Counsel for the Defendant, Lisa B. Freeland, Esquire, has indicated that she does not oppose postponement of the status conference, currently scheduled for March 3, 2006; however, due to scheduling conflicts she has requested that it be held March 13, 2006, or later.

WHEREFORE, the government respectfully requests that the Status Conference scheduled for March 3, 2006 not be conducted the week of February 27, 2006.

        Respectfully submitted,

        MARY BETH BUCHANAN
        United States Attorney

        s/ Margaret E. Picking
        MARGARET E. PICKING
        Assistant U.S. Attorney
        PA 28942
        U.S. Attorney's Office
        U.S. Post Office & Courthouse
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219
        Office: 412-644-3500
        Fax: 412-644-2645
        margaret.picking@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the within Motion was served by electronic mail to and upon the following:

>Lisa B. Freeland, Esquire
>Federal Public Defender
>1450 Liberty Center
>1001 Liberty Avenue
>Pittsburgh, PA 15222

>s/ Margaret E. Picking
>MARGARET E. PICKING
>Assistant U.S. Attorney
>PA 28942
>U.S. Attorney's Office
>U.S. Post Office & Courthouse
>700 Grant Street, Suite 4000
>Pittsburgh, PA 15219
>Office: 412-644-3500
>Fax: 412-644-2645
>margaret.picking@usdoj.gov

Dated:   February 17, 2006