IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 00-184 |
| | ) |
| ROXANNE RICK | ) |

**ORDER OF COURT**

AND NOW, this _____ day of_____ 2006, in consideration of the within Government's Motion to Postpone Status Conference, the Motion is hereby GRANTED. The hearing in the above-captioned case shall be re-scheduled for _____.

_____
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE

cc: FPD Lisa B. Freeland
    AUSA Margaret E. Picking
    U.S. Marshals Service