IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
        )
        )
    vs.    ) Criminal No. 00-184
        ) Related to C.A. 03-1364
ROXANNE RICK,    )

O R D E R

**AND NOW,** this 24th day of February, 2006, in consideration of the within

Government's Motion to Postpone Status Conference, the Motion is GRANTED.  The hearing in

the above-captioned case shall be rescheduled for Tuesday, March 14, 2006 at 8:00 a.m.,  in

Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.


      s/Arthur J. Schwab
_____                   
      Arthur J. Schwab
      United States District Judge
      for
      William L. Standish
      United States District Judge

cc:   Margaret Picking, Esquire
      Asst. U.S. Attorney
      400 USPO & Courthouse
      Pittsburgh, PA 15219

      Lisa B. Freeland, Esquire
      Federal Public Defender
      1001 Liberty Avenue
      1450 Liberty Center
      Pittsburgh, PA 15222-3716

Roxanne Rick
P.O. Box 319
Webster, PA 15087