IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 00-184 |
| | ) |
| ROXANNE RICK | ) |

ORDER OF COURT

AND NOW, this 14th day March, 2006, after a conference among counsel and the Court, it is ORDERED that the motion of defendant, Roxanne Rick, to vacate, set aside or correct sentence under 28 U.S.C. § 2255 be, and hereby is, denied without prejudice to the right of defendant to renew the motion on or before September 29, 2006.

Arthur J. Schwab
United States District Judge
for
William L. Standish
United States District Judge

cc:  Lisa B. Freeland, Esq.
Federal Public Defender
1001 Liberty Avenue
Suite 1450
Pittsburgh, PA 15222
Email: lisa_freeland@fd.org

Margaret E. Picking, Esq.
Assistant United States Attorney
4th Floor, United States Courthouse
Pittsburgh, PA 15219
Email: margaret.picking@usdoj.gov