IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal No. 00-184 |
| | ) |
| ROXANNE RICK | ) |

ORDER OF COURT

AND NOW, this 14th day March, 2006, it is hereby ORDERED that this Court's Order dated March 14, 2006, denying without prejudice the motion of defendant, Roxanne Rick, to vacate, set aside or correct sentence under 28 U.S.C. § 2255, is vacated. It is further ORDERED that the above-captioned proceeding be administratively closed until September 29, 2006, in order to provide defendant with an opportunity to seek early termination of supervised release. Any motion pending at the time of administrative closure will remain pending until such time as this proceeding is reopened.

Arthur J. Schwab
United States District Judge
for
William L. Standish
United States District Judge

cc: Lisa B. Freeland, Esq.
Federal Public Defender
1001 Liberty Avenue
Suite 1450
Pittsburgh, PA 15222
Email: lisa_freeland@fd.org

Margaret E. Picking, Esq.
Assistant United States Attorney
4th Floor, United States Courthouse
Pittsburgh, PA 15219
Email: margaret.picking@usdoj.gov