IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-184 |
| | ) | Civil Action No. 03-1364 |
| ROXANNE RICK | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2006, upon consideration of the foregoing Motion to Terminate Supervised Release, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

_____
Arthur J. Schwab
United States District Judge