IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 00-184 |
| ) | Civil Action No. 03-1364 |
| ROXANNE RICK ) | |

ORDER OF COURT

AND NOW, this 15th day August, 2006, after consideration of the Motion of Roxanne Rick to Terminate Supervised Release (Document No. 109), it is ORDERED that the motion be, and hereby is, GRANTED.

*William L. Standish*
William L. Standish
United States District Judge

cc: Counsel of record